DAVID L. LANGHAIM, ESQ.
Nevada Bar No.: 12425
E-mail: dll@AnthemLawNV.com
ANTHEM LAW
1519 Helm Dr.
Las Vegas, NV 89118
Telephone: (702) 885-9897
*Attorney for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Marissa Pensabene, an individual,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>NCO Financial System, INC, a foreign corporation,<br><br>　　　　　Defendant. | CASE NO.: 2:15-cv-01226-GMN-NJK<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

　　　Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff, Marissa Pensabene, by and through her counsel of record, hereby voluntarily dismisses this entire action, with prejudice.

　　　Dated this 25th day of August, 2015.

　　　　　　　　　　　　　　　　　ANTHEM LAW

　　　　　　　　　　　　　　　　　By: /s/ David L. Langhaim, Esq.
　　　　　　　　　　　　　　　　　DAVID L. LANGHAIM, ESQ.
　　　　　　　　　　　　　　　　　Nevada Bar No.: 12425
　　　　　　　　　　　　　　　　　1519 Helm Dr.
　　　　　　　　　　　　　　　　　Las Vegas, NV 89118
　　　　　　　　　　　　　　　　　Telephone: (702) 885-9897
　　　　　　　　　　　　　　　　　*Attorney for Plaintiff*